IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN L. DYE, JR.,

    Plaintiff,

v.

BRYN BARTOW, ERIC KOEHLER,
CARLO GAANAN, LOYDA LORIA,
MICHELE ANDRADE,
SUSAN KOON, CATHY NEMETH,
LARRY JENKINS, ROBERT
HUMPHERYS, DENISE SYMDON,
HOLLY GUNDERSON, LON BECHER,
MARY KLEMZ and CATHY JESS,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-76-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                             7/2/2018

Peter Oppeneer, Clerk of Court                 Date