STATE OF WISCONSIN, ~~District~~ COURT, __Dane__ COUNTY

Plaintiff: Mr. John L. Dye Jr.
(party designation) **Plaintiff,**

-vs-

Eric Koehler, Carlo Gaanan, Loyda Loria, and Michele Andrade
(party designation) **Defendant(s).**

Case No.: 14-CV-76-jdp

For Official Use:
DOC NO
REC'D/FILED
2018 JUL 11 AM 11:06
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

# Notice of Appeal

Notice is hereby given that (name of party filing appeal) __Mr. John L. Dye Jr.__ appeals to the Court of Appeals, District _____, from [choose one] ☒ the whole ☐ a part of the final judgment or order, entered on (date) __7/2/2018__ in the __Dist.__ court for __Dane__ County, the Honorable (name of Judge) __James D. Peterson__, presiding, in favor of (name of party opposing appeal) __Defendant(s)__, and against (name of party filing appeal) __Plaintiff__, wherein the court (describe judgment or order) __Awarded Summary Judgement in favor of the defendant(s); dismissing the case.__

**NOTE:** If this is an appeal under §809.30 or §809.32, also include the following (see §809.10(1)):

- If a postconviction motion was not filed, state the date of service of the last transcript or service of a copy of the circuit court case record.
- If a postconviction motion was filed, state the date of the order deciding the postconviction motion(s).
- If the Court of Appeals established any other filing deadline, state it.

**If counsel is appointed under ch. 977, a copy of the order appointing counsel should be attached to the notice of appeal.**

This [choose one] ☐ is  ☒ is not  an appeal within Wisconsin Statutes §752.31(2).

This [choose one] ☐ is  ☒ is not  an appeal to be given preference in the circuit court or court of appeals pursuant to statute.

Date: __July 7, 2018__

Signature: _Mr. John L. Dye Jr._

| Signature of Filing Attorney or Party | Telephone Number |
|---|---|
| Name Printed or Typed | State Bar Number (if applicable) |
| Address | |

This completed form must be *filed* with the clerk of the __Dist.__ court in which the judgment or order appealed from was entered. In addition, copies of this completed form must be served upon the following:
1. the Clerk of the Court of Appeals;
2. opposing counsel; and
3. any other party.

CA-120, 11/08 Notice of Appeal

§§809.10 and 809.25, Wisconsin Statutes
($195.00 filing fee)